# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201700304

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## KYLE F. FELTNER
Gunner's Mate Third Class (E-4), U.S. Navy
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS JOHN C. STENNIS (CVN 74).
Staff Judge Advocate's Recommendation: Lieutenant Commander Nathaniel R. Gross, JAGC, USN.
For Appellant: Lieutenant Jacqueline M. Leonard, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 25 January 2018

————————————

Before MARKS, WOODARD, and KOVAC, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court